**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:23-cv-311

STANISLAV BABAYEV & OLEG CHIKOV

    Plaintiffs,

v.

THE HERTZ CORPORATION, ACE AMERICAN INSURANCE COMPANY, D/B/A CHUBB NATIONAL INSURANCE COMPANY A/K/A CHUBB INDEMNITY INSURANCE COMPANY; AND ESIS, INC. A/K/A CHUBB GLOBAL RISK ADVISORS

    Defendants.

**NOTICE OF REMOVAL**

Defendants by and through their attorneys, **DEWHIRST & DOLVEN, LLC**, hereby give Notice of Removal of the instant action from the Denver County District Court of the State of Colorado to the United States District Court for the District of Colorado, pursuant to 28 U.S.C. § 1441, *et seq*.

**AS GROUNDS IN SUPPORT OF REMOVAL** Defendants state as follows:

1. On or about January 18, 2023, a civil action captioned *Stanislav Babayev and Oleg Chikov v. The Hertz Corporation, Ace American Insurance Company, D/B/A Chubb National Insurance Company A/K/A Chubb Indemnity Insurance Company and ESIS, Inc. A/K/A Chubb Global Risk Advisors*, Case No. 2023CV30168, was filed in the District Court for

1

Denver County, State of Colorado. This Complaint was served on the Defendants on or about January 19, 2023.

2. This Court has jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1441, as there is diversity of citizenship and the amount in controversy exceeds the statutory minimum, pursuant to 28 U.S.C. § 1332. The case involves claims by the Plaintiffs for uninsured motorist benefits under a $1 million policy that was issued by CHUBB/Ace American Insurance Company and includes claims against various Defendants for breach of contract, bad faith breach of contract, statutory unreasonable delay and denial of insurance benefits in violation of CRS Secs. 10-3-1115 and 1116, and deceptive trad practices in violation of CRS. Sec. 6-1-113.

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states, as shown below:

   a. Plaintiff **Stanislav Babayev** is a resident of Colorado (Complaint ¶ 1), listing his address in the Complaint as 2242 S. Macon Court, Aurora, Colorado 80013. The undersigned counsel, in order to satisfy Rule 11 obligations, also reviewed a comprehensive public records report from Accurint to confirm Plaintiff Babayev's state of domicile and citizenship. The report lists Colorado the address for Plaintiff Babayev dating back to April 2003 as being 2242 S. Macon Court, Aurora, Colorado. Plaintiff Babayev has also filed Chapter 7 Bankruptcy in the United States Bankruptcy Court, Case 10-39014-MER on or about 11/16/2010 where he listed his address as 2242 S. Macon Court, Aurora, Colorado in his Voluntary Petition. Plaintiff Babayev also registered to vote in the State of Colorado, Voter ID #2903750, on 10/09/2012, listing his residential address as 2242 S. Macon Ct.,

    Aurora, CO. Plaintiff Babayev has also registered a company named "Layla Construction, LLC" with formation date 12/09/2020 with the Colorado Secretary of State, listing the principal office street address as 2242 S. Macon Ct., Aurora, CO, and listing himself as the registered agent with the address of 2242 S. Macon Ct., Aurora, CO.

b.  Plaintiff **Oleg Chikov** is a resident of Colorado (Complaint ¶ 2), listing his address in the Complaint as 9243 W. 103rd Avenue, Westminster, Colorado. The undersigned counsel, in order to satisfy Rule 11 obligations, also obtained a comprehensive public records report from Accurint to confirm Plaintiff Chikov's state of domicile and citizenship. The report lists Colorado addresses for Plaintiff Chikov dating back to September 2012 as being 9243 W. 103rd Avenue, Westminster, Colorado. Plaintiff Chikov is also registered to vote in the State of Colorado, Voter ID #602661978, on 10/22/2020, listing his residential address as 9243 W. 103rd Avenue, Westminster, Colorado. Plaintiff Chikov has also registered a company named "Magna Colors, LLC" with formation date 10/09/2019 with the Colorado Secretary of State, listing the principal office street address as 9243 W. 103rd Avenue, Broomfield, Colorado, and listing himself as the registered agent with the address of 9243 W. 103rd Avenue, Broomfield, Colorado.

c.  Defendant **The Hertz Corporation** is a foreign corporation whose principal office is located at 8501 Williams Road, Estero, Florida, and has been so registered with the Colorado Secretary of State since 04/21/1967, ID #19871039728.

3

    d.      Defendant **Ace American Insurance Company** is a foreign corporation whose principal office is located at 436 Walnut Street, Philadelphia, PA, as admitted in Plaintiffs' Complaint, ¶4, and has been so registered with the Colorado Secretary of State since 08/25/1969, ID #19871067279.

    e.      Defendant **ESIS, Inc**. is a foreign corporation whose principal office is located at 436 Walnut Street, Philadelphia, PA, as admitted in Plaintiffs' Complaint, ¶5, and has been so registered with the Colorado Secretary of State since 04/11/2002, ID #20021091708.

4. The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. The Plaintiffs have pled in their state court civil case cover sheet that they are seeking damages in excess of $100,000.00. Further, Plaintiff Babayev alleges in his Complaint that he has incurred medical bills of well over $300,000.00 (Complaint ¶23); and Plaintiff Chikov alleges in his Complaint that he has incurred medical bills of in excess of $370,000.00 (Complaint ¶24). In Plaintiffs' Complaint they further allege bad-faith insurance practices claims of "at least two times the covered benefits" under C.R.S. §10-3-1116(1).

5. There have been items entered on the State Court's docket related to this case. A history index, along with the filings that have been submitted in State Court are attached hereto and incorporated by reference as:

    **Exhibit A** (state court docket sheet);

    **Exhibit B** (state court civil case cover sheet);

    **Exhibit C** (return of service on Hertz);

    **Exhibit D** (return of service on ESIS);

4

      **Exhibit E** (return of service on Ace American Insurance);

      **Exhibit F** (Plaintiff's Original Complaint);

      **Exhibit G** (delay reduction order);

      **Exhibit H** (pre-trial order); and,

      **Exhibit I** (summons)

6. This Notice of Removal is filed pursuant to 28 U.S.C. §1332; §1441 and §1446 and is timely pursuant to the provisions of 28 U.S.C. §1446(b). Defendants will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice with the Clerk of the Denver County District Court as required by 28 U.S.C. § 1446(d).

    **WHEREFORE**, Defendants request that this action proceed in this Court as an action properly removed to it.

Dated: February 2, 2023

        Respectfully submitted,

        **DEWHIRST & DOLVEN, LLC**

        By: */s/ George H. Parker*
            George H. Parker
            Colorado Bar No. 21399
            Justin J. Walker
            Colorado Bar No. 53069
            DEWHIRST & DOLVEN, LLC
            600 South Cherry Street, Ste. 530
            Denver, Colorado 80246
            Tel: (303) 757-0003
            Fax: (303) 757-0004
            Emails: gparker@dewhirstdolven.com
                      jwalker@dewhirstdolven.com
            Attorneys for the Defendants

# CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was served on this 2nd day of February 2023 via email on the following attorneys for the Plaintiff:

Kenneth R. Fiedler
James R. Anderson
Ken Fiedler Injury Law
4725 S. Monaco St., Ste. 120
Denver, CO 80237
ken@kfinjurylaw.com

and,

Jacob Galperin
Jordan Willison
Galperin and Associates
3773 Cherry Creek North Drive, Ste. 701E
Denver, CO 80209
jg@galperinlegal.com

                By: */s/ George H. Parker*
                George H. Parker